IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

IMPERIUM INSURANCE COMPANY                                    PLAINTIFF

V.                                    CIVIL ACTION NO. 1:14-CV-00083-NBB-DAS

JASON SHELTON, SHELTON & ASSOCIATES, P.A.,
AND KAREN CAVINESS, ADMINISTRATRIX OF THE
ESTATE OF MAMIE KATHERINE CHISM, DECEASED        DEFENDANTS

JASON SHELTON AND
SHELTON & ASSOCIATES, P.A.                         COUNTER-PLAINTIFFS

V.

IMPERIUM INSURANCE COMPANY                         COUNTER-DEFENDANT

ORDER

In accordance with the memorandum opinion issued this day, it is **ORDERED AND ADJUDGED** that plaintiff Imperium Insurance Company's motions for summary judgment and partial summary judgment are **GRANTED**. This case is closed.

This, the 29th day of September, 2016.

/s/ Neal Biggers
**NEAL B. BIGGERS, JR.**
**UNITED STATES DISTRICT JUDGE**